3G2



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

.D C. MANN
ATTORNEY GENERAL

April 25, 1939

Hon. L. P. Heard
County Auditor
Bell County
Belton, Texas

Dear Sir:

Opinion No. 0-500
Re: Minimum salary of county attorney
under Officer's Salary Bill.

Your request for opinion upon the following question:

"Whether in determining the salary of the county attorney under the Salary Law of January 1, 1936, fees for cases in which the defendant served out time in jail should be considered."

"If so, should the county make reparations to the county attorney for the years 1937-38 and 1939?"

has been received by this office.

You are respectfully advised that the above questions were passed on in opinion No. 0-409 of this Department, rendered on April 3, 1939, in an opinion written by Hon. Benjamin Woodall of this Department, addressed to Hon. Jas. Evetts, District Attorney, Bell County, Belton, Texas. This opinion holds that the Commissioners' Court must take into consideration the fees for cases in which the defendant served out time in jail and further holds that the county is legally liable to the county attorney for the amount withheld from his salary, as is specifically pointed out in the opinion.

Hon. L. P. Heard, April 25, 1939, Page 2


We respectfully enclose herewith a copy of opinion No. O-409, above referred to.

Trusting that this answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

(Signed)

By

Wm. J. Fanning
Assistant


WJF:AW

APPROVED:

(Signed) Gerald C. Mann
ATTORNEY GENERAL OF TEXAS